UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X
ATLANTIC NEUROSURGICAL SPECIALISTS, PA,

             Plaintiff,             20 Civ. 10685 (LLS)

     - against -                       ORDER

MULTIPLAN, INC., et al.,

             Defendants.
- - - - - - - - - - - - - - - - - - - - -X

    Defendants' claims of confidentiality and damage from disclosure, raised in their March 29, 2021 joint motion to seal and supporting memorandum, are far too non-specific to comply with Lugosch v. Pyramid Co., 435 F.3d 110, 126 (2d Cir. 2006) ("Because the First Amendment presumption gives rise to a higher burden on the party seeking to prevent disclosure than does the common law presumption, the presumption of access here can be overcome only by specific, on-the-record findings that higher values necessitate a narrowly tailored sealing.")

    Defendants must publicly file the documents they filed under seal on March 29. They may redact specific price numbers and percentages, but no text.

    So ordered.

Dated:  New York, New York
         April 13, 2021

                                              /s/ Louis L. Stanton
                                             LOUIS L. STANTON
                                                U.S.D.J.