

**BUTTACI LEARDI & WERNER**
ATTORNEYS AT LAW

# MEMO ENDORSED

**BUTTACI LEARDI & WERNER LLC**
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150
609-799-5180 FAX
www.buttacilaw.com

**CHRISTOPHER B. BLADEL**
MEMBER, NY & NJ BARS
DIRECT EXTENSION: 135
E-MAIL: CBBLADEL@BUTTACILAW.COM



USDC SDNY
DOCUMENT
ELECTR...  ...  FILED
D
DATE FILED: 9/12/23

September 12, 2023

**VIA ELECTRONIC CASE FILING**
The Honorable Louis L. Stanton, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:  *Atlantic Neurosurgical Specialists, P.A. v. MultiPlan, Inc.*,
> Civil Action No.: 1:20-cv-10685 (LLS)
>
> *Hott, Jonathan, M.D. v. MultiPlan, Inc.*,
> Civil Action No.: 1:21-cv-02421 (LLS)

Dear Judge Stanton:

Our firm is counsel to Plaintiff Atlantic Neurosurgical Specialists, P.A. ("ANS") and Jonathan Hott, M.D. ("Dr. Hott") in the above-referenced matters, which have been consolidated for purposes of discovery. Following the filing of the Second Amended Complaints in these matters, our office received a clerk's notification regarding an ECF deficiency. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write with the consent of counsel all parties to request the following relief:

1. Grant plaintiffs (ANS and Dr. Hott) leave to cure the deficiency by refiling the Second Amended Complaints without any substantive changes by Friday, September 15, 2023;

2. Set defendant MultiPlan, Inc.'s deadline to answer the Second Amended Complaints to be no later than Friday, October 6, 2023.

After speaking with the Civil Case Opening division, we were advised the ECF deficiency was that the caption includes parties who were terminated as active defendants by virtue of the Court's granting the motions to dismiss by Cigna and United Healthcare. We were advised how to re-file to correct the deficiency, which will not require any change to the text of the Second Amended



The Honorable Louis L. Stanton, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
September 12, 2023

Complaint. As noted in Footnote No. 1 to each Second Amended Complaint in both the 02421 Action and the 10685 Action, Plaintiffs ANS and Dr. Hott recognize that all claims against Cigna and/or United Healthcare were dismissed with prejudice in the Court's Opinion and Order of January 13, 2023 (D.E. 98 in the 10685 Action; D.E. 50 in the 024221 Action) and, as a result, those parties were deemed terminated from the proceeding on the ECF docket. Plaintiffs are not seeking reconsideration of the Court's prior order, and are not seeking additional or new relief against Cigna and/or United Healthcare by way of filing the Second Amended Complaints. The paragraphs and claims in the original complaint directed at the insurers/claims administrators (Cigna and United Healthcare) remain for purposes of completeness, to reflect that the Second Amended Complaints are amendment to existing pleadings, and to preserve Plaintiffs' appellate rights concerning the Court's January 13, 2023, Opinion and Order.

Accordingly, Plaintiffs hereby request that the Scheduling Orders in these consolidated cases be amended as follows:

**The deadline for Plaintiffs' counsel to file their corrected Second Amended Complaints to address the clerk's ECF deficiency notice is Friday, September 15, 2023, and defendant MultiPlan shall file its Answer or otherwise respond to the Second Amended Complaints by Friday, October 6, 2023.**

**All other provisions of the Court's August 11, 2023, Scheduling Order (D.E. 110 in the 10685 Action; D.E. 62 in the 2421 Action) remain in full force and effect.**

We have included a "So Ordered" provision at the end of this letter in the hope that this proposal is acceptable. We thank Your Honor in advance for the Court's time and consideration.

Respectfully submitted,

BUTTACI LEARDI & WERNER LLC

/s/ Christopher B. Bladel

Christopher B. Bladel
An Attorney of the Firm

CBB/
cc:   All Counsel of Record *(via ECF only)*

**SO ORDERED** this ___12th___ day of ___September___, 2023

___Louis L. Stanton___
The Honorable Louis L. Stanton, U.S.D.J.