Case 1:20-cv-10685-LLS Document 127 Filed 06/24/24 Page 1 of 2

ORIGINAL

BLW

BUTTACI LEARDI & WERNER
ATTORNEYS AT LAW

MEMO ENDORSED

**BUTTACI LEARDI & WERNER LLC**
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150
609-799-5180 FAX
www.buttacilaw.com

**CHRISTOPHER B. BLADEL**
MEMBER, NY & NJ BARS
DIRECT EXTENSION: 135
E-MAIL: CBBLADEL@BUTTACILAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/24

June 24, 2024

**VIA ELECTRONIC CASE FILING**
The Honorable Louis L. Stanton, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Atlantic Neurosurgical Specialists, P.A. v. Multiplan, Inc.,*
Civil Action No.: 1:20-cv-10685 (LLS) ("the 10685 Action")

*Hott, Jonathan, M.D. v. MultiPlan, Inc.,*
Civil Action No.: 1:21-cv-02421 (LLS) ("the 02421 Action")

Dear Judge Stanton:

Our firm is counsel to Plaintiff Atlantic Neurosurgical Specialists, P.A. ("ANS") and Jonathan Hott, M.D. ("Dr. Hott") in the above-referenced matters. Please accept this correspondence following up on our Letter Motion[1] Requesting a Pre-Motion Conference concerning a discovery dispute that the parties are unable to resolve on their own without judicial intervention. We respectfully request that the Court schedule a pre-motion conference to address the issues raised in the June 6, 2024, Letter Motion.

We will use the July 12 status conference.

LLS
6/24/24

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

BUTTACI LEARDI & WERNER LLC

*/s/ Christopher B. Bladel*

Christopher B. Bladel
An Attorney of the Firm

[1] (D.E. 77) (the 02421 Action); (D.E 125) (the 10685 Action).

Case 1:20-cv-10685-LLS Document 126 Filed 06/24/24 Page 2 of 5

The Honorable Louis L. Stanton, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK June 24, 2024

cc: All Counsel of Record *(via ECF only)*